■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH CUNNINGHAM, Appellant. [722 NYS2d 378] —Judgment, Supreme Court, Bronx County (William Mogulescu, J.), rendered on or about September 23, 1999, unanimously affirmed. The motion is denied insofar as it seeks leave to file a supplemental *pro se* brief, and is dismissed to the extent that it seeks leave to file in the Appellate Division a motion to

vacate judgment pursuant to CPL 440.10 or 440.30. No opinion. Concur—Sullivan, P. J., Rosenberger, Mazzarelli, Wallach and Buckley, JJ.